IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-02070-GPG

ORRISON J. MOCK,

    Plaintiff,

v.

PRISONER TRANSPORT SERVICES, L.L.C.,
LIEUTENANT JANE DOE #1,
SERGEANT JOHN DOE,
JOHN DOE PRISONER #1,
JOHN DOE MR. DUPREE #2,
JOHN DOE DRIVER #3,
JOHN DOE DRIVER #4, and
JANE DOE MRS. SANDERS #2,

    Defendants.

## ORDER DISMISSING CASE

Plaintiff, Orrison J. Mock, is a prisoner in the custody of the Texas Department of Corrections at a state prison in Texas. Mr. Mock initiated this action by filing *pro se* a Prisoner Complaint (ECF No. 1) alleging he was assaulted in November 2013 while he was being transported to Texas and that he was denied adequate medical treatment following the assault. On October 27, 2015, Mr. Mock was denied leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915 and he was directed him to pay the required filing fees within thirty days.

Mr. Mock has not paid the required filing fees as directed. Instead, on November 30, 2015, he filed a document titled "Voluntary Dismissal of Action by Plaintiff" (ECF No. 9).

Pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure, a plaintiff "may dismiss an action without a court order by filing: (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment."  No response has been filed by any opposing party in this action.  A voluntary dismissal pursuant to Rule 41(a)(1)(A) is effective immediately upon the filing of a written notice of dismissal, and no subsequent court order is necessary.  See J. Moore, Moore's Federal Practice ¶ 41.02(2) (2d ed. 1995); *Hyde Constr. Co. v. Koehring Co.*, 388 F.2d 501, 507 (10th Cir. 1968).  The notice closes the file.  *See Hyde Constr. Co.*, 388 F.2d at 507.  Accordingly, it is

ORDERED that the instant action is dismissed without prejudice pursuant to the "Voluntary Dismissal of Action by Plaintiff" (ECF No. 9).

DATED at Denver, Colorado, this   2nd   day of   December  , 2015.

BY THE COURT:

   s/Lewis T. Babcock  
LEWIS T. BABCOCK, Senior Judge  
United States District Court